UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

PRICHARD'S DISTILLERY, INC.,

    Plaintiff,                                Civil Action No. 3:14-cv-1646

vs.                                               HON. BERNARD A. FRIEDMAN

SAZERAC COMPANY, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

On August 7, 2017, the parties reached a settlement agreement, the terms of which were placed on the record and are incorporated into this order. Accordingly,

IT IS ORDERED that the complaint and all counterclaims are dismissed with prejudice and without costs or attorney fees.

IT IS FURTHER ORDERED that all pending motions [docket entries 99, 104, and 106] are denied as moot.

                                                        s/Bernard A. Friedman
                                                        BERNARD A. FRIEDMAN
Dated: November 30, 2017              SENIOR UNITED STATES DISTRICT JUDGE
      Detroit, Michigan                    SITTING BY SPECIAL DESIGNATION